NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7025

### RON E. D'ANDRE,

Claimant-Appellant,

v.

### ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 06-3208, Judge William A. Moorman.

## ON MOTION

## O R D E R

Upon consideration of Ron E. D'Andre's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

MAR 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2009

JAN HORBALY
CLERK

cc:    Kenneth M. Carpenter, Esq.
       Elizabeth A. Holt, Esq.

s8

MAR 2 5 2009

ISSUED AS A MANDATE: _____